# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-1863
_____

Willie Jefferson

*Plaintiff - Appellant*

v.

J. Hudgens, CO I; M. Boldin, CO I; R. Lincoln, CO II; C. Cosey, CCMII; R.
Beggs, A/W; Ian Wallace, Warden

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: May 15, 2020
Filed: July 23, 2020
[Unpublished]

_____

Before KELLY, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Missouri inmate Willie Jefferson appeals following the district court's[1] adverse grant of summary judgment. Viewing the record in a light most favorable to Jefferson, and drawing all reasonable inferences in his favor, we conclude that the issues he raises in this court provide no basis for reversal.[2] See Jackson v. Stair, 944 F.3d 704, 709 (8th Cir. 2019) (de novo review). The judgment is affirmed. See 8th Cir. R. 47B.

———————————————————

---

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.

[2]Jefferson alleges that the district court failed to ensure that the defendants complied adequately with its order that they respond to Jefferson's request that they produce a copy of the video footage of the incident in which his foot was injured. We find the district court's failure to do so questionable and the defendants' response to the court's order and to Jefferson's request unhelpful. We conclude, however, that even if the video footage would have supported Jefferson's description of the incident, the defendants' actions would not have supported a finding of deliberate indifference on their part to Jefferson's needs, nor a finding that they had used excessive force while escorting him to his new cell.